## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Reliance Leasing Inc., Reliance Aviation, and Reliance Rentals LLC,<br><br>          Plaintiffs,<br><br>     vs.<br><br>GMI Insurance, and National Interstate Insurance Company,<br><br>          Defendants. | **ORDER OF DISMISSAL**<br><br>Case No. 3:18-cv-205 |

Before the Court is a "Stipulation of Dismissal" filed on January 7, 2019.  See Doc. No. 15.  The Court **ADOPTS** the stipulation in its entirety (Doc. No. 15) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 15th day of January, 2019.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court